# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD BOWER, ADC #144498, | * * * | |
| Plaintiff, | * | |
| v. | * | No. 4:14CV00441-SWW |
| | * | |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

DATED this 18th day of August, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE